[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 28, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-15246
Non-Argument Calendar

_____

D. C. Docket No. 04-00610-CR-T-24-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEJANDRO GONGORA ORTIZ,
a.k.a. Cano,
a.k.a. Chano,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 28, 2007)

Before BIRCH, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Daniel J. Fernandez, retained counsel for Alejandro Gongora Ortiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ortiz's conviction and sentence are **AFFIRMED**.